UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED CHISOM,

      Plaintiff,

    v.

STATE OF CALIFORNIA, et al.,

      Defendants.

Case No. 18-07278  EJD (PR)

**ORDER OF DISMISSAL**

Plaintiff, a California state prisoner, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983.  On April 2, 2019, the Court dismissed the complaint with leave to file an amended complaint within twenty-eight days of the date the order was filed, i.e., no later than April 30, 2019.  (Docket No. 15.)

The deadline for Plaintiff to comply with the Court's order has passed.  Because Plaintiff has failed to file an amended complaint in the time provided, this action is **DISMISSED** without prejudice.  The Clerk shall terminate all deadlines and close the file.

**IT IS SO ORDERED.**

Dated: _____5/13/2019_____

_____

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\Pro-Se\EJD\CR.18\07278Chisom_dism